UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-2750-CAS(SHx) | | Date | May 29, 2008 |
|---|---|---|---|---|
| Title | *LAURI S. BATWIN, ETC. v. OCCAM NETWORKS , INC.; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew Brown<br>Matthew Alpert | Jerome Birn, Jr.<br>Scott Fink<br>Efren Compean<br>Timothy Blakely<br>Stephen Scott<br>Grant Fondo |

**Proceedings:**    OCCAM DEFENDANTS' MOTION TO DISMISS (filed January 25, 2008);

DEFENDANT PRICEWATERHOUSECOOPERS, LLP'S MOTION TO DISMISS CONSOLIDATED COMPLAINT (filed January 25, 2008);

DEFENDANT SINGER LEWAK GREENBAUM & GOLDSTEIN, LLP'S MOTION TO DISMISS CONSOLIDATED COMPLAINT (filed January 25, 2008);

DEFENDANT THOMAS WEISEL PARTNERS, LLC'S MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT (filed January 25, 2008);

NORWEST DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS (filed January 25, 2008); and

USVP DEFENDANTS MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR SECURITIES LAWS (filed January 30, 2008)

Hearing held and counsel are present. Tentative order provided previously. The Court confers with counsel and counsel argue. The Court takes the above-referenced motions under submission. The Court will issue a final order.

|  | 01 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-2750-CAS(SHx) | Date | May 29, 2008 |
|---|---|---|---|
| Title | *LAURI S. BATWIN, ETC. v. OCCAM NETWORKS , INC.; ET AL.* | | |

cc:    Counsel