1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DARREN J. ROBBINS (168593)
   ELLEN GUSIKOFF STEWART (144892)
3  ANDREW J. BROWN (160562)
   MATTHEW I. ALPERT (238024)
4  ERIC I. NIEHAUS (239023)
   655 West Broadway, Suite 1900
5  San Diego, CA 92101
   Telephone: 619/231-1058
6  619/231-7423 (fax)
   darrenr@csgrr.com
7  elleng@csgrr.com
   andrewb@csgrr.com
8  malpert@csgrr.com
   eniehaus@csgrr.com
9
   Lead Counsel for Plaintiffs
10
   [Additional counsel appear on signature page.]

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

WESTERN DIVISION

14

| | |
|---|---|
| 15  LAURI S. BATWIN, On Behalf of Herself and All Others Similarly Situated, | No. 2:07-cv-02750-CAS(SHx) **(Consolidated)** |
| 16 | |
| 17              Plaintiff, | <u>CLASS ACTION</u> |
| 18  vs. | NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| 19  OCCAM NETWORKS, INC., et al., | |
| 20              Defendants. | DATE: November 9, 2009<br>TIME: 10:00 a.m.<br>COURTROOM: The Honorable Christina A. Snyder |
| 21 | |

22

23

24

25

26

27

28

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2       PLEASE TAKE NOTICE that Lead Plaintiff hereby moves before the Honorable Christina A. Snyder, United States District Judge, to grant preliminary approval of the settlement set forth in the Stipulation of Settlement dated October 30, 2009 (the "Stipulation"), and filed contemporaneously herewith.  Lead Plaintiff's motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Stipulation, and such additional evidence or argument as may be required by the Court.  Defendants do not oppose this motion.

DATED:  November 2, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
ELLEN GUSIKOFF STEWART
ANDREW J. BROWN
MATTHEW I. ALPERT
ERIC I. NIEHAUS

              s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiff

S:\Settlement\Occam Networks.set\MTN PREL APPR 00062756.doc

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 2, 2009.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    elleng@csgrr.com

2

# Mailing Information for a Case 2:07-cv-02750-CAS-SH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@csgrr.com

- **Sally Berens**
  sberens@gibsondunn.com,cvignati@gibsondunn.com

- **Philip T Besirof**
  pbesirof@mofo.com,vsmith@mofo.com

- **Jerome F Birn , Jr**
  jbirn@wsgr.com

- **Timothy W Blakely**
  tblakely@mofo.com,kbobovski@mofo.com

- **Lori S Brody**
  lbrody@kaplanfox.com,kweiland@kaplanfox.com

- **Andrew J Brown**
  andrewb@csgrr.com,hectorm@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey P Campisi**
  jcampisi@kaplanfox.com

- **Efren A Compean**
  ecompean@garrett-tully.com

- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com

- **Dorothy L Fernandez**
  dfernandez@mofo.com

- **Scott A Fink**
  sfink@gibsondunn.com,bhonniball@gibsondunn.com

- **Mark C Gardy**
  mgardy@gardylaw.com

- **Crystal Mothershead Gaudette**
  cgaudette@wsgr.com

**3**

- **Katherine L Henderson**
  khenderson@wsgr.com

- **Laurence D King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Tricia L McCormick**
  triciam@csgrr.com

- **Angela Mikels**
  adunning@cooley.com

- **Stephen A Scott**
  sscott@hayesscott.com,atorres@hayescott.com

- **Joel B Strauss**
  jstrauss@kaplanfox.com

- **Christopher J Sundermeier**
  csundermeier@cooley.com,jmcintosh@cooley.com

- **Charles E Tillage**
  ctillage@hayesdavis.com,atorres@hayesscott.com

- **Stephen J Tully**
  stully@garrett-tully.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Frederic S Fox
Kaplan Fox & Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022

Trang T Tran
Garrett & Tully P C
225 South Lake Avenue Suite 1400
Pasadena, CA 91101-4869
```

4

Manual List
*Batwin v. Occam Networks, Inc., et al.*
No. 2:07-cv-02750-CAS(SHx)

Patrick J. O'Hara
CAVANAGH & O'HARA
407 East Adams Street
Springfield, IL  62701