COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
ANDREW J. BROWN (160562)
ELLEN GUSIKOFF STEWART (144892)
MATTHEW I. ALPERT (238024)
ERIC I. NIEHAUS (239023)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
andrewb@csgrr.com
elleng@csgrr.com
malpert@csgrr.com
eniehaus@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAURI S. BATWIN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCCAM NETWORKS, INC., et al.,<br><br>Defendants. | No. 2:07-cv-02750-CAS(SHx)<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>NOTICE OF LODGING<br><br>DATE: February 22, 2010<br>TIME: 10:00 a.m.<br>COURTROOM: The Honorable Christina A. Snyder |

Lead Plaintiff's counsel hereby lodges the attached [Proposed] Order Approving Plan of Allocation of Settlement Proceeds (attached hereto as Exhibit 1), [Proposed] Order Awarding Lead Counsel's Attorneys' Fees and Expenses (attached hereto as Exhibit 2), and [Proposed] Final Judgment and Order of Dismissal With Prejudice (attached hereto as Exhibit 3).

DATED: February 12, 2010

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
ANDREW J. BROWN
ELLEN GUSIKOFF STEWART
MATTHEW I. ALPERT
ERIC I. NIEHAUS

*s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
PATRICK J. O'HARA
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 12, 2010.

*s/ Ellen Gusikoff Stewart*

ELLEN GUSIKOFF STEWART

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: elleng@csgrr.com

2

# Mailing Information for a Case 2:07-cv-02750-CAS-SH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@csgrr.com
- **Sally Berens**
  sberens@gibsondunn.com,cvignati@gibsondunn.com
- **Philip T Besirof**
  pbesirof@mofo.com,vsmith@mofo.com
- **Jerome F Birn , Jr**
  jbirn@wsgr.com
- **Timothy W Blakely**
  tblakely@mofo.com,kbobovski@mofo.com
- **Lori S Brody**
  lbrody@kaplanfox.com,kweiland@kaplanfox.com
- **Andrew J Brown**
  andrewb@csgrr.com,hectorm@csgrr.com,e_file_sd@csgrr.com
- **Jeffrey P Campisi**
  jcampisi@kaplanfox.com
- **Efren Anthony Compean**
  ecompean@garrett-tully.com
- **Jordan Eth**
  jeth@mofo.com,nurbina@mofo.com
- **Dorothy L Fernandez**
  dfernandez@mofo.com
- **Scott A Fink**
  sfink@gibsondunn.com,bhonniball@gibsondunn.com
- **Mark C Gardy**
  mgardy@gardylaw.com
- **Crystal Mothershead Gaudette**
  cgaudette@wsgr.com

3

- **Ellen Anne Gusikoff Stewart**
  elleng@csgrr.com

- **Katherine L Henderson**
  khenderson@wsgr.com

- **Laurence D King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Tricia L McCormick**
  triciam@csgrr.com

- **Angela Mikels**
  adunning@cooley.com

- **Stephen A Scott**
  sscott@hayesscott.com,atorres@hayescott.com

- **Joel B Strauss**
  jstrauss@kaplanfox.com

- **Christopher J Sundermeier**
  csundermeier@cooley.com,jmcintosh@cooley.com

- **Charles E Tillage**
  ctillage@hayesdavis.com,atorres@hayesscott.com

- **Stephen J Tully**
  stully@garrett-tully.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Frederic S Fox**
Kaplan Fox & Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022

**Trang T Tran**
Garrett & Tully P C
225 South Lake Avenue Suite 1400
Pasadena, CA 91101-4869

4

Manual List
*Batwin v. Occam Networks, Inc., et al.*
No. 2:07-cv-02750-CAS(SHx)

Patrick J. O'Hara
CAVANAGH & O'HARA
407 East Adams Street
Springfield, IL 62701